DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MITCHELL BRENT FERRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-06-94-KJM |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | Date: June 19, 2006 |
| MITCHELL BRENT FERRIS, ) | Time: 10:00 a.m. |
| ) | Judge: Kimberly J. Mueller |
| Defendant. ) | |
| _____ ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MITCHELL BRENT FERRIS, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for June 1, 2006 and the jury trial set for June 19, 2006 be vacated and a status conference be set for June 19, 2006 at 10:00 a.m.

This continuance is requested to give defense counsel time to review discovery with the client who resides outside of California, and to investigate matters which defense counsel believes will assist the parties in reaching an agreement in this case.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the

1 status conference set for June 19, 2006 at 10:00 a.m. pursuant to
2 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local
3 Code T4.
4 Dated: May 31, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Tara I. Allen
                                        _____
                                        TARA I. ALLEN
                                        Staff Attorney
                                        Attorney for Defendant
                                        MITCHELL BRENT FERRIS

12 Dated:  May 31, 2006              MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court modifies the parties' stipulation, however, to reset trial dates as follows.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the recalendared trial confirmation hearing date of June 22, 2006.

IT IS SO ORDERED that the trial confirmation hearing is now set for June 22, 2006 at 10:00 a.m. and trial is reset to July 10, 2006 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

3