DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
TARA I. ALLEN, CA Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for the Defendant
MITCHELL FERRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 06-94-KJM |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285** |
| MITCHELL FERRIS, | |
| Defendant. | Date: July 13, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

Defendant MITCHELL FERRIS hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Ferris is unable to afford his own transportation from his residence in Haleiwa, Hawaii to Sacramento, California for his change of plea on July 13, 2006 at 10:00 a.m. It will be necessary

///
///
///
///
///

1 | for Mr. Ferris to arrive in Sacramento on July 12, 2006 in order to
2 | timely make his court appearance by 10:00 a.m. on July 13, 2006.
3 |
4 | DATED: July 7, 2006                    Respectfully submitted,
5 |                                        DANIEL J. BRODERICK
6 |                                        Federal Defender
7 |                                        /s/ Tara I. Allen
8 |                                        _____
                                           TARA I. ALLEN
                                           Staff Attorney
9 |
10 |                                       Attorney for Defendant
                                           MITCHELL FERRIS

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )    Cr.S. 06-94-KJM
                             )
          Plaintiff,         )
                             )    ORDER RE: TRANSPORTATION
     v.                      )
                             )
                             )
MITCHELL FERRIS,             )
                             )
                             )
          Defendant.         )
                             )
_____)
```

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

　　　This is to authorize and direct you to furnish the above named defendant, MITCHELL FERRIS, with transportation from Haleiwa, Hawaii, to Sacramento, California for his change of plea hearing in the United States Magistrate Court for the Eastern District of California on July 13, 2006 at 10:00 a.m.  It will be necessary for Mr. Ferris to arrive in Sacramento, California on July 12, 2006, in order to timely make his court appearance by 10:00 a.m. on July 13, 2006.  Mr. Ferris will also need return transportation back to his residence on July 14, 2006.

　　　　This is authorized pursuant to 18 U.S.C. § 4285.

　　　　IT IS SO ORDERED.

Dated:  July 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE