```
DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
TARA I. ALLEN, CA Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for the Defendant
MITCHELL FERRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MITCHELL FERRIS,<br><br>            Defendant.<br>_____ | Mag. No. 06-94-KJM<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Date: January 18, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

Defendant MITCHELL FERRIS hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Ferris is unable to afford his own transportation from his residence in Haleiwa, Hawaii to Sacramento, California for his sentencing hearing on January 18, 2007 at 10:00 a.m.  It will be necessary

///

///

///

///

1  for Mr. Ferris to arrive in Sacramento on January 17, 2007 in order to
2  timely make his court appearance by 10:00 a.m. on January 18, 2007.
3
4  DATED: December 21, 2006                Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7                                          /s/ Tara I. Allen
                                           _____
8                                          TARA I. ALLEN
                                           Staff Attorney
9
10                                         Attorney for Defendant
                                           MITCHELL FERRIS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MITCHELL FERRIS, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Cr.S. 06-94-KJM <br><br> ORDER RE: TRANSPORTATION <br> AND SUBSISTENCE |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    This is to authorize and direct you to furnish the above named defendant, MITCHELL FERRIS, with transportation from Haleiwa, Hawaii, to Sacramento, California for his sentencing hearing in the United States Magistrate Court for the Eastern District of California on January 18, 2007 at 10:00 a.m.  It will be necessary for Mr. Ferris to arrive in Sacramento, California on January 17, 2007, in order to timely make his court appearance by 10:00 a.m. on January 18, 2007. In addition, the United States Marshal must furnish Mr. Mitchell with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Ferris will also need return transportation back to his residence on January 18, 2007.

    This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  January 8, 2007.

_____
U.S. MAGISTRATE JUDGE