PROB 35

**ORDER TERMINATING COURT PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06CR00094-01** |
| ) | |
| **MITCHELL FERRIS** ) | |
| ) | |

On January 18, 2007, the above-named was placed on Court Probation for a period of one year. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:   April 9, 2007
         Sacramento, California
         SRS:sc

**REVIEWED BY:**   /s/ Karen A. Meusling
                  **KAREN A. MEUSLING
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Mitchell Ferris
       Docket Number:   2:06CR00094-01
       ORDER TERMINATING COURT PROBATION
       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Court Probation, and that the proceedings in the case be terminated.

DATED: April 27, 2007.

*[signature]*
U.S. MAGISTRATE JUDGE